**JOSEPH PAUKMAN**
**ATTORNEY AT LAW**
--------------------------------
**2661 Coney Island Ave #107**
**Brooklyn, NY 11223**
**tel: (718) 736-4050**
**fax: (484) 736-4050**
**336@tuta.io**

January 14, 2021

The Honorable Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street.
New York, NY 10007

Re: Thompson v Steinberg et al
20-mc-00207-PAE
====================

Dear Judge Engelmayer;

This letter-motion is to withdraw Docket # 1 ***without*** prejudice as it is a duplicate of a motion filed in the *USA v Bronstein* 00-cr-100, Docket 115, criminal case and because today I received a letter from Daniel Steinberg asking me to withdraw the above-referenced proceeding (Docket 1) or he will seek rule 11 sanctions mistakenly accusing me of "failure to proceed in good faith and leaving said Docket #1 dormant". Docket 1 was filed with the letterhead

The Court has received a letter from attorney Joseph Paukman, which is incomplete, does not have a clear purpose, and does not seek relief from the Court. See Dkt. 3. This letter tracks a similar letter filed in the associated criminal case, 00 Cr. 100, which the Court has responded to by order today. See Dkt. 128 in 00 Cr. 100. As reflected in the Court's most recent order, there is no cause for judicial action in either of these cases. Except in the event of new developments meriting the Court's intervention, the Court does not see a cause for further correspondence in these matters. SO ORDERED.



Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge
1/19/2021